115

(No. 74-CC-709— )

MARGARET D. SNOW, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 26, 1974.*

MARGARET D. SNOW, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-121— )

MUNKSGAARDS BOGHANDEL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 26, 1974.*

MUNKSGAARDS BOGHANDEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.